UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
KENNETH J. MURPHY

92 MAY 20 PM 4: 15



JOHN F. JOHNSON,

        Plaintiff,

   v.

LOUIS W. SULLIVAN, M.D.,
SECRETARY OF HEALTH AND
HUMAN SERVICES,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: C-3-91-312


**X**   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered IN FAVOR OF THE DEFENDANT-SECRETARY and AGAINST THE PLAINTIFF JOHN F. JOHNSON;

and that the Defendant Secretary's decision is AFFIRMED.


Date

Kenneth J. Murphy
Clerk

_____
(By) Deputy Clerk